# Court of Appeals
# of the State of Georgia

ATLANTA, __May 13, 2025__

*The Court of Appeals hereby passes the following order:*

A25E0117. AYALA v. REESE.

Upon consideration of Appellant's "Emergency Motion for Stay Pending Appeal," the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__05/13/2025_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*